1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs MARSHALL LOSKOT
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7
                  UNITED STATES DISTRICT COURT
8
               NORTHERN DISTRICT OF CALIFORNIA
9
10 MARSHALL LOSKOT and DISABILITY )      **CASE NO. C04-4485 VRW**
   RIGHTS, ENFORCEMENT          )
   EDUCATION SERVICES,          )
11                              )
          Plaintiffs,           )        **STIPULATION EXTENDING TIME FOR**
12 v.                           )        **DEFENDANTS RTRN INVESTMENT, LLC**
                                )        **TO RESPOND TO COMPLAINT**
13 SAN FRANCISCO CENTRAL        )
   TRAVELODGE; DAVID R. SCHILLER )
14 and THELMA J. SCHILLER, as trustees of )
   the DAVID R. SCHILLER and THELMA )
15 J. SCHILLER LIVING TRUST; GEORGE )
   S. RITZAU, as trustee of the RITZAU )
16 1990 FAMILY TRUST; CAROLE M. )
   PHILLIPS, an individual; JOAN L. VAN )
17 DE SANDE, as trustee of the JOAN L. )
   VAN DE SANDE TRUST; KURT S. VAN )
18 DE SANDE, an individual; BRET W. )
   VAN DE SANDE, an individual; )
19 MARGENE A. LORTON, an individual; )
   DANIEL MCMILLAN, an individual; )
20 PAUL V. LORTON, an individual; WW )
   LODGING LIMITED, LLC., a Delaware )
21 limited liability company; KENNETH G. )
   ROSE, as trustee of the KENNETH G. )
22 ROSE TRUST; MARS PROPERTIES, )
   INC., a California corporation; FOUR )
23 ROSES, INC., a California corporation; )
   BOREL BANK & TRUST COMPANY, as )
24 Successor trustee of the FRANCES G. )
   ROSE TRUST; and RTRN )
25 INVESTMENT, LLC, a limited liability )
   company,                     )
26                              )
          Defendants.           )
27 _____ )

28
   STIPULATION AND [PROPOSED] ORDER
   EXTENDING TIME FOR RTRN INVESTMENT, LLC TO RESPOND TO COMPLAINT

1    Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS, ENFORCEMENT,

2    EDUCATION, SERVICES:HELPING YOU HELP OTHERS, and defendant RTRN

3    INVESTMENT, LLC, through their undersigned counsel stipulate as follows:

4        1.    Defendant RTRN INVESTMENT, LLC is granted an extension of time to and

5    including October 26, 2005 to answer or otherwise respond to plaintiffs' complaint.

6        2.    In the event defendant RTRN INVESTMENT, LLC files a motion in lieu of an

7    answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner

8    than 45 days from the filing of said motion.

9        3.    Defendant's counsel further stipulates that defendant will comply with any and

10   all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or

11   any scheduling order issued by the court prior to the date on which defendant's responsive

12   pleading is due hereunder.

13       This Stipulation may be executed in faxed counterparts, all of which together shall

14   constitute one original document.

15       IT IS SO STIPULATED.

16

17   DATED: September 27, 2005        THOMAS E. FRANKOVICH,
                                      *A PROFESSIONAL LAW CORPORATION*
18

19                                    By:    /s/ Jennifer L. Steneberg
                                           Jennifer L. Steneberg
20                                    Attorneys for Plaintiffs MARSHALL LOSKOT
                                      and DISABILITY RIGHTSENFORCEMENT,
21                                    EDUCATION SERVICES:HELPING YOU
                                      HELP OTHERS
22

23   DATED: September 27, 2005        WATTERS & ASSOCIATES

24

25                                    By:    /s/ Vernon C. Watters
                                           Vernon C. Watters
26                                    Attorneys for Defendant RTRN INVESTMENT,
                                      LLC
27

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR RTRN INVESTMENT, LLC TO RESPOND TO COMPLAINT

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Defendant RTRN INVESTMENT, LLC is  hereby granted an extension of time to and including October 26, 2005 to answer or otherwise respond to plaintiffs' complaint.

IT IS SO ORDERED.

Dated:_____, 2005



_____
Chief Judge Judge Vaughn R Walker
United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR RTRN INVESTMENT, LLC TO RESPOND TO COMPLAINT

3