1 THOMAS E. FRANKOVICH (State Bar No. 074414)
   JESSICA A. DAYTON (State Bar No. 231698)
2 THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3 2806 Van Ness Avenue
   San Francisco, CA 94109
4 Telephone:    415/674-8600
   Facsimile:     415/674-9900
5
6 Attorneys for Plaintiffs MARSHALL LOSKOT
   and DISABILITY RIGHTS, ENFORCEMENT,
   EDUCATION, SERVICES: HELPING YOU
7 HELP OTHERS
8 Catherine M. Corfee, SBN 155064
   Corfee Stone & Associates
9 5441 Fair Oaks Blvd., Suite B-1
   Carmichael, ca 95608
10 Telephone:    (916) 487-5441
    Facsimile:     (916) 487-5440
11
   Attorneys for Defendants SAN FRANCISCO CENTRAL TRAVELODGE; DAVID R.
12 SCHILLER AND THELMA J. SCHILLER as trustees of the DAVID R. SCHILLER AND
   THELMA J. SCHILLER LIVING TRUST; GEORGE S. RITZAU, trustee of the RITAZU 1990
13 FAMILY TRUST; CAROLE M. PHILLIPS, an individual; JOAN L.VAN DE SANDE, trustee
   of the JOAN L. VAN DE SANDE TRUST; KURT S. VAN DE SANDE, an individual;
14 BRETT W. VAN DE SANDE, an individual;   MARGENE A. LORTON, an individual;
   DANIEL MCMILLAN and DENISE LONG as co-executors of the Estate of Margaret A.
15 McMillan, (erroneously sued herein as DANIEL MCMILLAN,  an individual); PAUL V.
   LORTON, trustee of the  PAUL V. LORTON, Sr. Trust (erroneously sued herein as  PAUL V.
16 LORTON, an individual); WW LODGING LIMITED, LLC, a Delaware limited liability
   company; KENNETH G. ROSE, as trustee of the KENNETH G. ROSE TRUST; MARS
17 PROPERTIES, INC., a California corporation; FOUR ROSES, INC., a California corporation
   BOREL BANK & TRUST COMPANY, as successor trustee of the FRANCES G. ROSE
18 TRUST
19
20                       UNITED STATES DISTRICT COURT
21                       NORTHERN DISTRICT OF CALIFORNIA
22 MARSHALL LOSKOT, an individual; and  )    **CASE NO. C04-4485 JCS**
   DISABILITY RIGHTS, ENFORCEMENT,  )
23 EDUCATION, SERVICES:HELPING YOU )
   HELP OTHERS, a California public benefit )   **STIPULATION FOR CONTINUANCE OF**
24 corporation,                                              )   **MOTION FOR SUMMARY JUDGMENT**
                                                                  )
           Plaintiffs,                                  )   Date:   November 3, 2005
25 v.                                                          )   Time: 2:00 p.m.
                                                                  )   Courtroom:  6
26 SAN FRANCISCO CENTRAL                  )   Complaint Filed: October 22, 2004
   TRAVELODGE; DAVID R. SCHILLER    )   Trial Date: None Set
27 AND THELMA J. SCHILLER as trustees of )
   the DAVID R. SCHILLER AND THELMA )
28 J. SCHILLER LIVING TRUST; GEORGE  )
   S. RITZAU, trustee of the RITAZU 1990     )

1   FAMILY TRUST; CAROLE M. PHILLIPS, )
    an individual; JOAN L.VAN DE SANDE,   )
2   trustee of the JOAN L. VAN DE SANDE   )
    TRUST; KURT S. VAN DE SANDE, an       )
3   individual;   BRETT W. VAN DE SANDE,  )
    an individual;   MARGENE A. LORTON,   )
4   an individual; DANIEL MCMILLAN, an    )
    individual; PAUL V. LORTON, an        )
5   individual; WW LODGING LIMITED,       )
    LLC, a Delaware limited liability company; )
6   KENNETH G. ROSE, as trustee of the    )
    KENNETH G. ROSE TRUST; MARS           )
7   PROPERTIES, INC., a California         )
    corporation; FOUR ROSES, INC., a      )
8   California corporation BOREL BANK &    )
    TRUST COMPANY, as successor trustee of )
9   the FRANCES G. ROSE TRUST; and        )
    RTRN INVESTMENT, LLC, a limited       )
10  liability company,                    )
                                          )
11        Defendants.                     )
    _____)

12        TO THE COURT AND ALL PARTIES:

13        The parties in this matter have reached a settlement of all claims brought by Plaintiffs in

14  the above entitled Action.  The parties are in the process of preparing a Release and Settlement

15  Agreement ("Agreement") in this matter.  Until such Agreement has been executed by all parties

16  herein, the parties request that the court continue the Motion for Summary Judgment on calendar

17  for Thursday, November 3, 2005 at 2:00 p.m. to **December 15, 2005 at 2:00 p.m.**

18

19  Dated: November 1, 2005          THOMAS E. FRANKOVICH
                                     A PROFESSIONAL LAW CORPORATION
20

21                                   By:   */s/ Jessica A. Dayton*
                                     Jessica A. Dayton
22                                   Attorneys for Plaintiffs MARSHALL LOSKOT and
                                     DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
23                                   SERVICES: HELPING YOU HELP OTHERS

24  DATED: November 1, 2005          CORFEE STONE & ASSOCIATES

25

26                                   By:   */s/ Catherine M. Corfee*
                                     Catherine M. Corfee
27                                   Attorneys for Defendants, Attorneys for Defendants WW
                                     LODGING LIMITED, LLC (erroneously sued as
28                                   CHARTWELL LODGING),  a Delaware limited liability
                                     company; DAVID R. SCHILLER AND THELMA J.
                                     SCHILLER, trustees of the DAVID R. SCHILLER AND

1   THELMA J. SCHILLER LIVING TRUST; KENNETH G.
    ROSE, trustee of the KENNETH G. ROSE TRUST;
2   BOREL BANK as trustee for FRANCES G. ROSE;
    GEORGE S. RITZAU, trustee of the RITAZU 1990
3   FAMILY TRUST; FOUR ROSES, INC., a California
    corporation (erroneously sued as Lesley Rubinstein; MARS
4   PROPERTIES, INC., a California corporation; JOAN
    LOUISE VAN DE SANDE, trustee of the JOAN L. VAN
5   DE SANDE TRUST; BRETT WILLIAM VAN DE
    SANDE; CAROLE M. PHILLIPS; KURT STEVEN VAN
6   DE SANDE; MARGENE A. LORTON; PAUL V.
    LORTON; DANIEL MCMILLAN; DENISE LONG

7

8

9   ORDER

10      It is hereby ordered that the motion for summary judgment on calendar for November 3,

11  2005 will be continued to December 15, 2005 at 2:00 p.m. in Department 6 of the above

12  referenced court.

13

14  Dated:_____, 2005      _____
                                  Chief Ju...
15  _____  United S...
                                             Judge Vaughn R Walker
16

17

18

19

20

21

22

23

24

25

26

27

28