1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs MARSHALL LOSKOT
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7
                           UNITED STATES DISTRICT COURT
8
                          NORTHERN DISTRICT OF CALIFORNIA
9

10 MARSHALL LOSKOT and DISABILITY   )   **CASE NO. C04-4485 VRW**
   RIGHTS, ENFORCEMENT  EDUCATION   )
   SERVICES,                        )   **STIPULATION OF DISMISSAL AND**
11                                  )   **[PROPOSED] ORDER THEREON**
            Plaintiffs,             )
12 v.                               )
                                    )
13 SAN FRANCISCO CENTRAL            )
   TRAVELODGE; DAVID R. SCHILLER    )
14 and THELMA J. SCHILLER, as trustees of )
   the DAVID R. SCHILLER and THELMA J. )
15 SCHILLER LIVING TRUST; GEORGE S. )
   RITZAU, as trustee of the RITZAU 1990 )
16 FAMILY TRUST; CAROLE M. PHILLIPS, )
   an individual; JOAN L. VAN DE SANDE, )
17 as trustee of the JOAN L. VAN DE SANDE )
   TRUST; KURT S. VAN DE SANDE, an  )
18 individual; BRET W. VAN DE SANDE, an )
   individual; MARGENE A. LORTON, an )
19 individual; DANIEL MCMILLAN, an  )
   individual; PAUL V. LORTON, an   )
20 individual; WW LODGING LIMITED,  )
   LLC., a Delaware limited liability company; )
21 KENNETH G. ROSE, as trustee of the )
   KENNETH G. ROSE TRUST; MARS      )
22 PROPERTIES, INC., a California   )
   corporation; FOUR ROSES, INC., a )
23 California corporation; BOREL BANK & )
   TRUST COMPANY, as Successor trustee of )
24 the FRANCES G. ROSE TRUST; and   )
   RTRN INVESTMENT, LLC, a limited  )
25 liability company,               )
                                    )
26          Defendants.             )
   _____  )
27                                  )

28

                                                                              1

1  The parties, by and through their respective counsel, stipulate to dismissal of this action
2  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the
3  Mutual Settlement Agreement and Release ("Agreement"), each party is to bear its own costs and
4  attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over
5  enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)
6  (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

7  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
8  their designated counsel that the above-captioned action be and hereby is dismissed with
9  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

10  This stipulation may be executed in counterparts, all of which together shall constitute
11  one original document.

DATED:  February 22, 2006          THOMAS E. FRANKOVICH
                                   *A PROFESSIONAL LAW CORPORATION*


                                   By:      /s/ Jennifer L. Steneberg
                                            Jennifer L. Steneberg
                                   Attorneys for MARSHALL LOSKOT and
                                   DISABILITY RIGHTS ENFORCEMENT,
                                   EDUCATION SERVICES:HELPING YOU HELP
                                   OTHERS


DATED:  February 16, 2006          CORFEE STONE & ASSOCIATES


                                   By:      /s/ Catherine M. Corfee
                                            Catherine M. Corfee
                                   Attorneys for Defendants WW LODGING
                                   LIMITED, LLC; DAVID R. SCHILLER AND
                                   THELMA J. SCHILLER, trustees of the DAVID R.
                                   SCHILLER AND THELMA J. SCHILLER
                                   LIVING TRUST; KENNETH G. ROSE, trustee of
                                   the KENNETH G. ROSE TRUST; BOREL BANK
                                   as trustee for FRANCES G. ROSE; GEORGE S.
                                   RITZAU, trustee of the RITAZU 1990 FAMILY
                                   TRUST; FOUR ROSES, INC.; MARS
                                   PROPERTIES, INC.; JOAN LOUISE VAN DE
                                   SANDE, trustee of the JOAN L. VAN DE SANDE
                                   TRUST; BRETT WILLIAM VAN DE SANDE;
                                   CAROLE M. PHILLIPS; KURT STEVEN VAN
                                   DE SANDE; MARGENE A. LORTON; PAUL V.
                                   LORTON; DANIEL MCMILLAN; DENISE LONG

| | | |
|---|---|---|
| 1 | DATED: February 15, 2006 | HUNTER AND BOVARNICK |

By:     /s/ Steven H. Bovarnick
        Steven H. Bovarnick
Attorneys for Defendant RTRN INVESTMENT, LLC

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

Dated: __February 24__, 2006

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA